

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

IN RE: KRISTEE RAE LANG | CV-14-41-BLG-SPW

ORDER

This action was filed in the United States District Court for the District of Montana, Billings Division, on March 25, 2014. Plaintiff failed to allege any intelligible allegations in her Complaint or her subsequent letters to the Clerk of Court. (Docs. 2, 7, 8, 9, 10). United States Magistrate Judge Carolyn Ostby filed Findings and a Recommendation regarding Plaintiff's Complaint and subsequent letters and recommended that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted. (Doc. 12).

Three days after Judge Ostby issued the Findings and Recommendations, Ms. Lang wrote a letter to the Court. (Doc. 13). The Court will give Ms. Lang the (enormous) benefit of the doubt and consider it a formal objection.

When a party objects to any portion of the Findings and Recommendation

issued by a Magistrate Judge, the district court must make a *de novo* determination regarding that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). After a *de novo* review of Judge Ostby's Findings and Recommendation and Plaintiffs' objection to the same, I agree with Judge Ostby's conclusion that Plaintiff's Complaint and subsequent letters submitted to the District Court Clerk fail to state a claim upon which relief may be granted.

Plaintiff's allegations are unintelligible, lack merit under the law and will be dismissed. There being no error in Judge Ostby's findings and recommendations,

IT IS HEREBY ORDERED:

1. Judge Ostby's Findings and Recommendations (Doc. 12) are ADOPTED in full.

2. Plaintiff's Complaint is DISMISSED.

3. The Clerk of Court is directed to close the matter and enter judgment pursuant to Rule 58 of the Federal Rules of Procedure.

4. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Fed.R.App.P. 24(a)(3)(A) that any appeal of this decision would not be taken in good faith. The record makes plain the instant Complaint is frivolous as it lacks arguable substance in law or fact.

DATED this 2nd day of ~~May,~~ June 2014.

                                        */s/ Susan P. Watters*
                                        Honorable Susan P. Watters,
                                        United States District Judge